UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KERLY JEAN LOUIS,

                Plaintiff,

        v.

THE CITY OF NEW YORK, and THE NEW
YORK CITY DEPARTMENT OF
CORRECTIONS,

                Defendants.

No. 24-CV-9718 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

An initial conference was previously scheduled in this matter for January 17, 2025. Due to a scheduling conflict, the conference is hereby rescheduled to January 16, 2025 at 4:30 p.m. Unless the parties request otherwise, the conference will be held by phone. Call-in Number: (855) 244-8681; Meeting ID: 23055424735.

All other deadlines set forth in the Court's December 19, 2024 Order (ECF No. 11) remain the same.

SO ORDERED.

Dated:    January 3, 2025
          New York, New York

Ronnie Abrams
United States District Judge