# Civil Rights Consortium

May 28, 2025

**BY ECF**
Hon. Ronnie Abrams, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Courtroom 1506
New York, New York 10007

>       RE: **Louis *vs*. City of New York et al.,**
>            **Civil Docket No. 24-9718(RA)**

Dear Judge Abrams,

    Please accept this supplemental letter in support of my previous letter request for an enlargement of the time in which file the Plaintiff's previously attached response to the Defendants' motion to dismiss.

    I am writing to make a correction of a statement contained in the underlying letter request. Amid travel I overlooked that Defense Counsel had promptly responded, consenting to my letter request for an enlargement of the time in which to file the Plaintiff's previously attached response to the Defendant's motion to dismiss.

Respectfully Submitted,

*E. Dubois Raynor, Jr.*
Earl Dubois Raynor, Esq.
Managing Attorney

Application granted.

SO ORDERED.

_____
Hon. Ronnie Abrams
May 29, 2025

**BY ECF**
Mariam Khan, Assistant Corporation Counsel (markhan@law.nyc.gov)
ATTORNEYS FOR THE DEFENDANTS

89-07 JAMAICA AVENUE, WOODHAVEN, NY 11421
T (855) 246-2776 (MAIN) * (347) 508-3497 (DIRECT)
WWW.CIVILRIGHTSCONSORTIUM.COM