**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

KERLY JEAN LOUIS,

Plaintiff,

-against-

24 **CIVIL** 9718 (RA)

**JUDGMENT**

CITY OF NEW YORK,

Defendant.

---------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion & Order dated October 21, 2026, the City’s motion to dismiss is granted in its entirety; accordingly, the case is closed.

**Dated:** New York, New York

October 23, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:**

**Deputy Clerk**